IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CIVIL ACTION NO. 3:12cv0564 (WOB-HBG)

DONNA FRAZIER, Individually and
As Personal Representative of the
Estate of JOSEPH FRAZIER                                PLAINTIFF

VS.                          JUDGMENT

SIDNEY JACKSON; KEVIN GRAHAM;
JACKSON, FOSTER, & RICHARDSON, LLC,
successor in interest,
JACKSON, FOSTER, & GRAHAM;
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS, & MILES, PC;
MICHAEL PADWAY AND ASSOCIATES; and
MICHAEL PADWAY                                          DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANTS' FAVOR AGAINST PLAINTIFFS,** and that Plaintiffs' Complaint (Doc. 1), First Amended Complaint (Doc. 3), and Second Amended Complaint (Doc. 28) be, and are hereby, **DISMISSED WITH PREJUDICE**.

This 19th day of July, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge

Case 3:12-cv-00564-WOB-HBG   Document 72   Filed 07/19/13   Page 1 of 1   PageID #: 1113