IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CIVIL ACTION NO. 3:12cv0564 (WOB-HBG)

DONNA FRAZIER, Individually and
As Personal Representative of the
Estate of JOSEPH FRAZIER                PLAINTIFF

VS.                  <u>JUDGMENT</u>

SIDNEY JACKSON; KEVIN GRAHAM;
JACKSON, FOSTER, & RICHARDSON, LLC,
successor in interest,
JACKSON, FOSTER, & GRAHAM;
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS, & MILES, PC;
MICHAEL PADWAY AND ASSOCIATES; and
MICHAEL PADWAY                          DEFENDANTS

     This matter is before the Court on plaintiff's verified opposed motion to perpetuate certain testimony (Doc. 79), and this motion having been rendered moot by plaintiff's failure to file a petition for writ of certiorari within the time allowed, and being otherwise sufficiently advised,

     **IT IS ORDERED** that the above motion (Doc. 79) be, and is hereby, **DENIED AS MOOT**.

     This 18th day of August, 2014.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge

Case 3:12-cv-00564-WOB-HBG   Document 82   Filed 08/19/14   Page 1 of 1   PageID #: 1156